Wesley George DITTON, by his next friend Michael Ditton and on his behalf; Nathan Michael Ditton; Michael Henry Ditton, Plaintiffs–Appellants,

v.

CITY OF ALEXANDRIA; James H. Dunning, individually and in his official capacity as Sheriff, City of Alexandria; Kevin Brown, City of Alexandria Deputy Sheriff individually and in his official capacity; J. Triplett, City of Alexandria Deputy Sheriff individually and in his official capacity; David Wilcox, Magistrate in his official capacity; E. Robert Giammittorio, Judge in his official capacity; Dawn Wunderlee; Alexandria Country Club Apartments, LP, d/b/a Oakwood Apartments Alexandria; SAP II–III–Stellar Housing Partners V, LLC, d/b/a Stone Ridge Apartments; B.H. Management Services, Incorporated; J. Thomas Fromme, II; Sherman & Fromme, PC; Bell Atlantic–Virginia, Incorporated; Nathaniel L. Young, Jr., individually and in his official capacity as Director of Child Support Department of Social Services Commonwealth of Virginia; Richard D. Holcomb, individually and in his official capacity as Commissioner Department of Motor Vehicles Commonwealth of Virginia; S. Scott Morrison; S. Scott Morrison Chartered; Edward R. Broida; Robert J. Franks; Howard F. Ruby; Burt J. Blum; Dennis G. Jay; Arpad Domyan; John R. Lewis; Nancy Lewis; Walter Neal; Trachman & Goldner, General Partners, Alexandria Country Club Apartments, LP; Charles F. Mitchell; Holland & Knight, LLP; Unknown Bell Atlantic–Virginia, Incorporated Employees; Unknown United States Postal Service Employees; United States Postal Service; United States Of America; Capital One Financial Corporation, d/b/a Capital One Bank; R & B Realty Group; Tammy Painter; John Doe; Alexandria Country Club Apartments, LLC, Defendants–Appellees.

No. 00–2163.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Michael Henry Ditton, pro se. David W. Ogburn, Jr., Verizon Virginia, Incorporated, Richmond, VA; John Patrick Rowley, III, Holland & Knight, L.L.P., Falls Church, VA; Edward John Martin, Office Of The United States Attorney, Alexandria, VA, for appellees.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's order declining to file their civil action pursuant to a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ditton v. City of Alexandria*, No. CA–00–1155–A (E.D.Va. Aug. 4, 2000). Appellants' motion to consolidate is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*